# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-3000

Corner Post, Inc.

Appellee

v.

Board of Governors, of the Federal Reserve System

Appellant

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00095-DMT)

---

**ORDER**

Appellant's motion to hold case in abeyance is denied as moot in light of the district court's ruling on Appellant's motion to alter or amend judgment pursuant to Rule 59(e).

October 30, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Susan E. Bindler