No: 25-3000

Corner Post, Inc.

Appellee

v.

Board of Governors, of the Federal Reserve System

Appellant

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00095-DMT)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until December 12, 2025 to file the brief and appendix.

October 31, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Susan E. Bindler