No. 25-3000
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

CORNER POST, INC.,

*Plaintiff-Appellee,*

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

*Defendant-Appellant.*

On Appeal from the United States District
Court for the District of North Dakota
No. 1:21-cv-00095-DMT-CRH

## APPELLANT'S STATEMENT OF ISSUES

Appellant Board of Governors of the Federal Reserve System ("Board") anticipates raising the following issues:

1. The Durbin Amendment, 15 U.S.C. § 1693*o*-2, requires the Board to establish "standards for assessing whether" interchange transaction fees received by debit card issuers are "reasonable and proportional to" issuer costs and identifies certain costs that the Board must consider while prohibiting the Board from considering costs "which are not specific to a particular electronic debit transaction." Did the District Court err by holding that the Board may not consider issuer costs

specific to a particular electronic debit transaction that are neither required nor prohibited by the statute?

2. Did the District Court err by holding that the Board must adopt a fee standard specific to the cost of each individual debit card transaction that is not required by the statute and virtually impossible to implement?

Dated: November 3, 2025

Respectfully submitted,

/s/ *Joshua P. Chadwick*
Joshua P. Chadwick
Assistant General Counsel
Yvonne F. Mizusawa
Yonatan Gelblum
Monika Moore
Senior Counsels
Board of Governors of the
   Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
joshua.p.chadwick@frb.gov
(202) 263-4835

Attorneys for the Board of Governors of the Federal Reserve System

## CERTIFICATE OF SERVICE

I filed a true and correct copy of the foregoing document with the Clerk of this Court via the CM/ECF system, which will notify all counsel.

Dated: November 3, 2025  /s/ Joshua P. Chadwick