No. 25-3000
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

CORNER POST, INC.,

*Plaintiff-Appellee,*

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

*Defendant-Appellant.*

On Appeal from the United States District
Court for the District of North Dakota
No. 1:21-cv-00095-DMT-CRH

## CONSENT MOTION FOR EXTENSION OF BRIEFING SCHEDULE IN LIGHT OF MOTION TO INTERVENE

Pursuant to Federal Rule of Appellate Procedure 27(a) and Eighth Circuit Local Rule 27A(a), Appellant Board of Governors of the Federal Reserve System ("Board"), in consultation with Appellee Corner Post, Inc. ("Corner Post") and Proposed Intervenors the Bank Policy Institute and The Clearing House LLC, respectfully requests a modest one-week extension of the current briefing schedule to permit the Court additional time to rule on the pending motion to intervene before briefing commences.

As set forth below, good cause exists for a modest extension to serve the

interests of judicial and party economy and to avoid the possibility of unnecessary or duplicative filings:

1. Pursuant to the Court's October 31, 2025 Order, the Board's opening brief in this appeal is currently due December 12.

2. On November 13, 2025, Proposed Intervenors the Bank Policy Institute and The Clearing House LLC filed a motion to intervene as appellants in this appeal. On November 24, 2025, Appellee Corner Post filed an opposition to that motion, and the Board filed a response stating that it takes no position. On December 1, Proposed Intervenors filed a reply brief in further support of their motion. The motion is now fully briefed and ripe for decision by this Court.

3. This Court's decision on the intervention motion will impact the timing and scope of briefing in this appeal. In particular, should the Court grant intervention, the Proposed Intervenors would file full merits briefs on the same schedule as the Board. If the Court denies intervention, the Proposed Intervenors expect to file an amicus curiae brief, which would be subject to a shorter word limit and be due one week after the Board's opening brief.

4. The Proposed Intervenors have discussed with the parties that the

2

interests of judicial and party economy and the orderly disposition of this appeal may be served by allowing the Court additional time to consider and rule on the intervention motion before briefing commences. Doing so would facilitate certainty about the parties and relevant briefing schedule in this case and reduce the risk of unnecessary or duplicative filings on the docket.

5. Accordingly, in order to allow the Court more time to rule and for the filings to be adjusted in light of that ruling, a modest extension of the existing briefing schedule is respectfully requested. Although the parties and Proposed Intervenors have differing views on the appropriate length of such an extension,[1] they all agree to the existing schedule being extended by one week such that the Appellant's opening brief would be due on December 19.

For these reasons, it is respectfully requested that the Court extend Appellant's current opening brief deadline to December 19, 2025.

---

[1] The Board and Proposed Intervenors believe that the most sensible course may be to order that Appellant's opening brief be due two weeks after the Court rules on the pending intervention motion. Corner Post's position is that "it does not oppose extending the existing schedule by one week, but it opposes any further extension for the reasons explained in its intervention opposition: (1) to the extent a timing issue exists here, it's one of the Banks' own making by their failure to timely appeal the denial of their intervention motion in district court, and (2) the Banks can participate as amici in this Court supporting the Board's robust efforts to defend the Rule."

3

Dated: December 5, 2025					Respectfully submitted,

/s/ *Joshua P. Chadwick*
Joshua P. Chadwick
Assistant General Counsel
Yvonne F. Mizusawa
Yonatan Gelblum
Monika Moore
Senior Counsels
Board of Governors of the
    Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
joshua.p.chadwick@frb.gov
(202) 263-4835

Attorneys for the Board of Governors of the
Federal Reserve System

4

Appellate Case: 25-3000     Page: 4     Date Filed: 12/05/2025 Entry ID: 5585218

## CERTIFICATE OF SERVICE

I filed a true and correct copy of the foregoing document with the Clerk of this Court via the CM/ECF system, which will notify all counsel.

Dated: December 5, 2025                     */s/ Joshua Chadwick*
                                             Joshua P. Chadwick

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 572 words when excluding the items in Federal Rule of Appellate Procedure 32(f), according to the count of Microsoft Word. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it was prepared in Times New Roman 14-point font, a proportionally spaced typeface.

/s/ *Joshua P. Chadwick*
Joshua P. Chadwick
