# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-3000

Corner Post, Inc.

Appellee

v.

Board of Governors, of the Federal Reserve System

Appellant

___

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00095-DMT)

___

**ORDER**

The motion of The Bank Policy Institute and The Clearing House Association L.L.C. for leave to intervene is denied. Appellee's motion to strike the proposed intervenor's brief is denied as moot.

December 30, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Susan E. Bindler