UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Corner Post, Inc. vs. Board of Governors of Federal Reser

The Clerk will enter my appearance as Counsel in Appeal No. 25-3000 for the following party(s): (please specify)

Electronic Payments Coalition

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ✔ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Kwaku A. Akowuah  s/: Kwaku A. Akowuah

Firm Name: Sidley Austin LLP

Business Address: 1501 K Street, NW

City/State/Zip: Washington, DC 20005

Telephone Number (Area Code): (202) 736-8000

Email Address: kakowuah@sidley.com

**CERTIFICATE OF SERVICE**

✔ I hereby certify that on 1/2/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: