# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Kwaku A. Akowuah |
| **CC:** | Sarah J. Auchterlonie |
| | Joshua Paul Chadwick |
| | Frank H. Chang |
| | Bianca Corgan |
| | Christopher A. Eiswerth |
| | Yonatan Gelblum |
| | Tyler R. Green |
| | Timothy Harper |
| | Judson Owen Littleton |
| | Stephanie Martz |
| | Cody Ray Milner |
| | Yvonne Facchina Mizusawa |
| | Monika Moore |
| | Scott K. Porsborg |
| | Shawn T. Sheehy |
| | Daniel Robert Suhr |
| | Jeffrey B. Wall |
| | Bryan K. Weir |
| | John Marc Wheat |
| **DATE:** | January 02, 2026 |
| **RE:** | 25-3000  Corner Post, Inc. v. Board of Governors |

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below. Your paper briefs cannot be accepted and you must submit 10 new paper covers correcting the deficiencies.

**Your new paper COVERS of the brief are due 5 days from the date of this notice.**

__X___The covers on the brief must be replaced with the correct color
_____Appellant's principal brief - Blue
_____Appellee's principal brief - Red
_____Reply brief - Gray
__X___Amicus or Intervenor's brief - Green

__X___Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief.

NDG