Case No. 25-3000

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
_____

**CORNER POST, INC.,**
Plaintiff-Appellee,

v.

**BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,**
Defendant-Appellant.
_____

On appeal from the United States District Court for the
District of North Dakota
(Case No. 1:21-cv-00095)
(Judge Daniel M. Traynor)
_____

**CORRECTED CERTIFICATE OF SERVICE FOR ELECTRONIC PAYMENTS COALITION'S *AMICUS CURIAE* BRIEF IN SUPPORT OF REVERSAL**
_____

January 5, 2026

Kwaku A. Akowuah
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000
kakowuah@sidley.com

*Counsel for Electronic Payments Coalition*

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I had ten paper copies of the Amicus Brief of Electronic Payments Coalition deposited with Federal Express for next-day delivery and filing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit.

I further certify that a copy of the foregoing was served via next-day delivery on the following counsel:

Tyler R. Green
Consovoy McCarthy PLLC
222 S. Main St., 5th Fl.
Salt Lake City, UT 84101
tyler@consovoymccarthy.com
(703) 243-9423

*Counsel for Plaintiff-Appellee*

Joshua P. Chadwick
Assistant General Counsel
Board of Governors of the
Federal Reserve System
20th Street and Constitution
Avenue, N.W.
Washington, DC 20551
joshua.p.chadwick@frb.gov
(202) 263-4835

*Counsel for Defendant-Appellant*

/s/ *Kwaku A. Akowuah*
Kwaku A. Akowuah

*Counsel for Electronic Payments Coalition*