# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3000

Corner Post, Inc.

Appellee

v.

Board of Governors, of the Federal Reserve System

Appellant

------------------------------

Advancing American Freedom, et al.

Amici on Behalf of Appellant(s)

Retail Litigation Center, Inc., et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00095-DMT)

_____

## ORDER

Senator Richard J. Durbin has filed a motion for permission to file an amicus brief and has tendered a proposed amicus brief on behalf of Appellee. The parties are hereby notified that they have ten (10) days from the date of this order to file objections to the motion. If at the end of that time no objections have been filed, the motion will be granted, and the brief will be filed.

February 27, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler