# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3000

Corner Post, Inc.

Appellee

v.

Board of Governors, of the Federal Reserve System

Appellant

------------------------------

Advancing American Freedom, et al.

Amici on Behalf of Appellant(s)

Retail Litigation Center, Inc., et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00095-DMT)

---

**ORDER**

The motion to participate in oral argument filed by Amici on Behalf of Appellants The Bank Policy Institute and The Clearing House Association L.L.C. has been considered by the court and is denied.

April 15, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler