**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 25-3000

---

Corner Post, Inc.

Plaintiff - Appellee

v.

Board of Governors, of the Federal Reserve System

Defendant - Appellant

------------------------------

Advancing American Freedom; Frontline Policy Council; Charlie Gerow; Jay D. Homnick, Senior Fellow, Project Sentinel; Jenny Beth Martin, Honorary Chairman, Tea Party Patriots Action; Men and Women for a Representative Democracy in America, Inc.; National Center for Public Policy Research; New York State Conservative Party; Pro-Life Wisconsin; Rio Grande Foundation; Taxpayers Protection Alliance; Tea Party Express; Women for Democracy in America, Inc.; Electronic Payments Coalition; Southwest Public Policy Institute; James Madison Institute; Consumer Action for a Strong Economy; Institute for Policy Innovation; 60 Plus Association; Center for Individual Freedom; Center for a Free Economy; Competitive Enterprise Institute; American Bankers Association; America's Credit Unions; Association of Military Banks of America; Consumer Bankers Association; Defense Credit Union Council; Independent Community Bankers of America; National Bankers Association; Missouri Bankers Association; Arkansas Bankers Association; Iowa Bankers Association; Minnesota Bankers Association; Nebraska Bankers Association; North Dakota Bankers Association; South Dakota Bankers Association; Hal S. Scott; The Clearing House Association L.L.C.; The Bank Policy Institute; Americans for Liberty and Security; Americans for Limited Government; Center for American Rights; Frontiers of Freedom

Amici on Behalf of Appellant(s)

Retail Litigation Center, Inc.; Food Marketplace, Inc., doing business as FMI, The Food Industry Association; Merchant Advisory Group; National Association of Convenience Stores; National Federation of Independent Business Small Business Legal Center; The Restaurant Law Center; Arkansas Retailers Association; Iowa Retail Federation; Kentucky Retail Federation; Michigan Retailers Association; Minnesota Retailers Association; Missouri Retailers Association; American Economic Liberties Project; Americans for Financial Reform Education Fund; Demand Progress Education Fund; Six Other Advocacy Organizations; Seven Professors; Richard J. Durbin, United States Senator

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00095-DMT)

---

**JUDGMENT**

Before L.R. SMITH, BENTON, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed and remanded to the district court for proceedings consistent with the opinion of this court.

October 26, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler